

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2014

No. 04-14-00244-CR

Isaiah **MATA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR8191
Honorable Raymond Angelini, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file his pro se brief is **granted**. We order the brief due **January 21, 2015**. Appellant is advised that no further extensions will be granted.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court